UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANA LYDIA RODRIGUEZ LOPEZ, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-10045-JLT |
| MICHAEL J. ASTRUE, | * |
| Defendant. | * |

ORDER

August 26, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1. Plaintiff's <u>Motion to Reverse the Decision of the Commissioner of Social Security</u> [#9] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED insofar as this case is remanded, but it is DENIED insofar as Plaintiff requests relief beyond that awarded by this court.

2. Defendant's <u>Motion to Affirm the Commissioner's Decision</u> [#14] is DENIED.

3. This case is REMANDED to the Social Security Administration for resolution of the conflicts of evidence.

IT IS SO ORDERED.

                                                                           /s/ Joseph L. Tauro
                                                                 United States District Judge